No. 82–1569.   MARINO *v.* UNITED STATES; and

No. 82–6390.   PROVOST *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Reported below: 694 F. 2d 898.

No. 82–1570.   ALVAREZ *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–1580.   DEMICHAEL *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–1587.   CHRISTIAN *v.* MASSACHUSETTS ET AL. C. A. 1st Cir.   Certiorari denied.

No. 82–1589.   CARPER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–1596.   GAULTNEY *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–5911.   SNYDER ET AL. *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 82–6030.   STUBBS *v.* BORDENKIRCHER, WARDEN, WEST VIRGINIA STATE PENITENTIARY.   C. A. 4th Cir. Certiorari denied.

No. 82–6180.   MCPHEETERS *v.* SPALDING ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–6304.   SMITH *v.* FAIRMAN, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 82–6313.   REDDING *v.* COUNTY COURT, ORANGE COUNTY, FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 82–6314.   THOMPSON *v.* WOODS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–6318.   PITTSER *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.